**IT IS ORDERED as set forth below:**



**Date: December 14, 2016**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| AIM STEEL INTERNATIONAL, INC | : | CASE NUMBER: 16-67661 |
| Debtor | : | CHAPTER 11 |

_____

**ORDER AND NOTICE ESTABLISHING BAR DATE
FIXING TIME FOR FILING PROOFS OF CLAIM OR INTEREST**

TO:  ALL ENTITIES ASSERTING A CLAIM AGAINST OR INTEREST IN THE ABOVE CAPTIONED DEBTOR

The Debtor has moved for an order fixing a time for filing proofs of claim. Pursuant to Fed. R. Bankr. R. 3003(c)(3), the court may fix the time within which proofs of claim or proofs of interest may be filed. Accordingly, it is

ORDERED AND NOTICE IS HEREBY GIVEN that the court fixes

<u>    **February 15, 2017**    </u>  (the "Bar Date")

as the last day on which any entity, including without limitation, individuals, partnerships, corporations, estates, trusts and governmental units, may file a timely proof of claim or interest in this case.  The term "claim", defined in 11 U.S.C.§101(5), includes those secured by an interest in the Debtor's property or property of the estate and may include claims arising from the rejection of any executory contract or unexpired lease.

PLEASE TAKE FURTHER NOTICE that any such proof of claim or interest shall be filed with:

Clerk, U.S. Bankruptcy Court
1340 United States Bankruptcy Court
75 Ted Turner Drive
Atlanta, GA  30303

PLEASE TAKE FURTHER NOTICE THAT ALL ENTITIES FAILING TO FILE A PROOF OF CLAIM OR INTEREST ON OR BEFORE THE BAR DATE MAY BE FOREVER BARRED FROM (A) ASSERTING A CLAIM AGAINST, OR INTEREST IN, THE DEBTOR, THE DEBTOR'S PROPERTY OR THE BANKRUPTCY ESTATE AND (B) VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, AND CONFIRMED PLAN OF REORGANIZATION, except that the following entities need not file proofs of claim or interest:

(1) Any entity that has already properly filed a proof of claim or interest with the Clerk of this court; or

(2)    Any entity with a claim or interest listed in the Debtor's Schedules in an amount and in a classification satisfactory to that entity and not designated in the Schedules as disputed, contingent or un-liquidated.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1111(a) of the Bankruptcy Code, 11 U.S.C. §1111(a), a proof of claim or interest which is scheduled as disputed, contingent or un-liquidated as to amount.  The Debtor's Schedules may be

examined during normal business hours at the office of the Clerk, U.S. Bankruptcy Court, whose address appears above. An entity planning to rely on the Schedules is responsible for reviewing them to determine whether the claim or interest is accurately listed. If it is unclear from the Schedules whether an entity's claim or interest is disputed, contingent, un-liquidated or incorrect as to amount or is otherwise improperly scheduled, that entity must file a proof of claim or interest on or before the Bar Date in order to be certain that it receives the treatment it asserts is correct.

IT IS FURTHER ORDERED that counsel for Debtor shall serve a copy of this Order and Notice upon all creditors and parties in interest within 72 hours of entry hereof and shall file the appropriate certificate of service with this Court within three (3) business days thereafter.

END OF DOCUMENT

Presented By:

/s/ IAN M. FALCONE
Ian M. Falcone
GA Bar Number 254470
Attorney for debtor in possession
THE FALCONE LAW FIRM, PC
363 Lawrence Street
Marietta, GA 30060
770-426-9359

**DISTRIBUTION LIST**

The Falcone Law Firm, PC
363 Lawrence Street
Marietta, GA  30060